IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC.,<br><br>    Defendant. | NO. CV-09-5003-FVS<br><br>**ORDER OF DISMISSAL** |

**THIS MATTER** having come before the Court on the parties' Agreed Motion for Order of Dismissal, and the Court having reviewed the files and records herein and deeming itself fully advised. Now, therefore

**IT IS HEREBY ORDERED:**

  1.  The Agreed Motion for Order of Dismissal **(Ct. Rec. 24) is GRANTED.**

  2.  Plaintiff's claims against defendant are dismissed with prejudice and without costs to either party.

  3.  The District Court Executive shall enter this order, provide copies to counsel, and **close** this file.

DATED this 6th day of October 2009.

s/ Fred Van Sickle
Fred Van Sickle
Senior United States District Judge

AGREED MOTION FOR ORDER OF DISMISSAL
(NO. CV-09-5003-FVS) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343